**FILED**

FEB - 9 2026

US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-063-RFB-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| PERCY DYER, | |
| Defendant. | |

This Court finds Percy Dyer pled guilty to Count Seven of a Seven-Count Criminal Indictment charging him with conspiracy to money launder in violation of 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has proven the amount for the in personam criminal forfeiture money judgment.

This Court finds Percy Dyer agreed to the imposition of the in personam criminal forfeiture money judgment of $85,122 set forth in the Plea Agreement, Bill of Particulars, and Forfeiture Allegation Two of the Criminal Indictment. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h), or any property traceable to such property; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1956(a)(1)(A)(i) or 1956(a)(1)(B)(i), specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1956(h), conspiracy to commit such offenses; and (3) any property, real or personal, involved in a violation of 18 U.S.C. § 1956(a)(1)(A)(i) or1956(a)(1)(B)(i) and 18 U.S.C. § 1956(h), or any property

traceable to such property and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p).

This Court finds that Percy Dyer shall pay an in personam criminal forfeiture money judgment of $85,122 to the United States of America, not to be held jointly and severally liable with any codefendants under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U .S.C . § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Percy Dyer an in personam criminal forfeiture money judgment of $85,122.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____2_/_9_____/_2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2